RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 3 0 2018

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

# IN UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORIGIA

### ATLANTA DIVISION

Johnathan Jenkins

Petitioner

FEDERAL CASE NO.

# 1:18-CV-1356

VS.

Retred AJ Stone crest

Respondents

## PETITION FOR REMOVAL OF ACTION

The petitioner respectfully petitions this court for removal of action.

COMES NOW petitioner as above stated and petitions this court for removal of action from the Magistrate Court of DeKalb County petition is set forth on the following grounds;

1.

The proceedings occurring in violation of the and the Respondent's service

of process is Unconstitutional with respect to the "Due Process Clauses" 14th

Amendment with defective service.

2.

The Respondent has failed to state claim that grounds for relief may be

granted.

3.

The judicial proceedings against the petitioner occurring in violation of the
UCC 306.

4.

This honorable court has jurisdiction as a federal question of law because

the petitioner has a bankruptcy appeal currently pending in this court.

WHEREFORE the Petitioner demands the following relief

This honorable Court remove this case from the Magistrate Court of DeKalb
County and honorable Court afford adequate discovery.

This honorable Court all relief this Court deems just and proper.

## VERIFICATION

### (Affidavit)

The undersigned Affiant by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I do not have an attorney, legal advisor, paralegal or typist to represent me in this case. Also that the contents are true, correct and not misleading to the best of her knowledge.

Petitioner

Pro se