IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 10 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Jonathan Jenkins

    Appellant

Vs.

Retreat at Stonecrest Apartments
and Hamilton Point Investments

    Appellee

FEDERAL COURT
CASE NO. 1:18 CV 01356 HH

**NOTICE OF APPEAL (De Novo)**

Pursuant to 28 USCA 1295 (a) (1) (2)

Notice is hereby given that the Appellant above-named, hereby appeals the order and recommendation remanding case entered in the US District Court for the Northern District of Georgia Atlanta division. This Appeal is to the 11TH Circuit Court of Appeals of the District Court's decision that this case should be remanded the foregoing Dispossessory action should stand moot; with actions and executions arising from such order including but not limited to the Order of Possession and Writ of Possession. "Clerk of the Court shall omit nothing from the record".

No transcript shall follow this appeal.

NOTICE: This is an Appeal of the District Court's decision as it relates to the Appellant's Motion to Dismiss the forgoing Dispossessory action.

NOTICE: SUPERSEDEAS (STAY) of the execution of a writ of possession, eviction and in the Magistrate Court, pursuant to FRBP 9027 & O.C.G.A. 5-6-35(h).

No transcript shall follow this appeal.

*[signature]*

Appellant,
Pro se

# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORIGIA
# ATLANTA DIVISION

## CERTIFICATE OF SERVICE

I certify that this pleading was served by US Mail of with adequate postage there upon the

Appellee by mailing a true copy to the Attorney of record:

This __9__ Day of __July__ 2018

_(signature)_
Appellant
Pro se

APPEAL RECEIPT SHEET

Case Number: 1:18-CV-1356-HH

Date fee paid
over the counter: Ifp filed w/ NOA

Date fee paid and date check
receipted from check log: _____

Transcript Order Form
given to attorney/courier:   Yes ✓

   No _____