## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 06, 2018

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 18-12910-E
Case Style: Retreat at Stonecrest Apartmen, et al v. Jonathan Jenkins
District Court Docket No: 1:18-cv-01356-MLB

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Gloria M. Powell, E/bmc
Phone #: (404) 335-6184

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 18-12910-E

RETREAT AT STONECREST APARTMENTS,
HAMILTON POINT INVESTMENTS,

                                                    Plaintiffs-Appellees,

versus

JONATHAN JENKINS,

                                                    Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Georgia

Before: TJOFLAT, WILLIAM PRYOR and JORDAN, Circuit Judges.

BY THE COURT:

      This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Jonathan Jenkins seeks to appeal from the district court's July 2, 2018 order remanding this lawsuit to Georgia state court for lack of subject matter jurisdiction. Because the district court's remand order was based on a conclusion that it lacked subject matter jurisdiction, the district court's remand order is not appealable. *See* 28 U.S.C. § 1447(d); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med. Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001) (noting that this Court lacks jurisdiction to review remand orders based on a lack of subject matter jurisdiction). Any pending motions are DENIED AS MOOT. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.